AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

PAMELA GARNETT,

    Plaintiff,

                                              JUDGMENT IN A CIVIL CASE

              V.                          CASE NUMBER:   CV106-32

STATE OF GEORGIA, et al.,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order of April 12, 2007, judgment is entered in favor of Defendants, STATE OF GEORGIA; GEORGIA DEPARTMENT OF HUMAN RESOURCES; B. J. WALKER; JANET OLIVA; STEPHEN LOVE; ROSA WAYMAN; CAROLYN BEARD; ADELLE MOORE; MYRA JOSEY; and PEG SITLER pursuant to Federal Rules of Civil Procedure 54(b), and against Plaintiff PAMELA GARNETT.

| | |
|---|---|
| 04/12/07 | Scott L. Poff |
| Date | Clerk |
| | *(signature)* |
| | *(By) Deputy Clerk* |

GAS Rev 10/1/03